IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| **Commodity Futures Trading Commission,** ) | Case No.:3:08-cv-445 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **McCall Business Group, LLC, MBG Global, LLC, and Tyrone "Cauzae" McCall,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING MOTION TO CONDUCT
## RULE 26(f) CONFERENCE VIA CORRESPONDENCE

Before the Court is Plaintiff, U.S. Commodity Futures Trading Commission's Motion to conduct the Initial Attorney's Rule 26(f) Conference via written correspondence. It is ORDERED that this Motion is GRANTED. If Defendant has not responded by the IAC deadline (3 February 2009), Plaintiff may unilaterally file a Rule 26(f) report and plan. The clerk is directed to mail a certified copy of this Order to the *pro se* Defendant.

Signed: January 15, 2009

Frank D. Whitney
United States District Judge