UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.:3:08-cv-445

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br> Plaintiff <br> v. <br> MCCALL BUSINESS GROUP, LLC, <br> MBG Global, LLC, and <br> TYRONE "CAUZAE" MCCALL, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

ORDER STRIKING ANSWER AS TO MCCALL BUSINESS GROUP LLC
AND MBG.GLOBAL LLC

Before the Court is Plaintiff, U.S. Commodity Futures Trading Commission's Motion to Strike the Defendants' Answer as to McCall Business Group LLC and MBG Global LLC (Doc. No. 16).

For good cause shown and pursuant to Fed. R. Civ. Proc. 12(f), the Motion is GRANTED and the Answer of Defendants McCall Business Group LLC and MBG Global LLC is hereby STRICKEN as defective.

Defendants will have thirty (30) calendar days from the date of this Order to cure their defect by (1) retaining competent counsel, (2) requiring counsel to make an appearance before this Court, and (3) requiring counsel to execute all Defendant's pleading, including but not limited to a re-filed Answer.

The Clerk of Court will cause of copy of this Order to be mailed to co-Defendant Tyrone "Cauzae" McCall (who also serves as pro se counsel for Defendants McCall Business Group LLC

and MBG Global LLC) at Albemarle Correctional Facility. 44150 Airport Road, New London, North Carolina 28127.

Plaintiff Commodity Futures Trading Commission will also exercise best efforts to see that co-Defendant Tyrone "Cauzae" McCall receives a copy of this Order.

IT IS SO ORDERED.

Signed: February 5, 2009

Frank D. Whitney
United States District Judge