IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-CV-445-FDW

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | ORDER |
| McCALL BUSINESS GROUP, LLC, MBG GLOBAL, LLC, and TYRONE McCALL, | ) ) ) ) ) | |
| Defendants. | ) ) | |

NOW BEFORE THE COURT is Plaintiff's motion for entry of default (Doc. No. 18) supported by affidavit. It appears from the record that defendants McCall Business Group, LLC and MBG Global, LLC, have failed to plead or otherwise defend. Accordingly, the motion is allowed and the Clerk is DIRECTED to enter a default against these defendants.

IT IS SO ORDERED.

Signed: April 2, 2009

Frank D. Whitney
United States District Judge