# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:08-cr-00445-W

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) MCCALL BUSINESS GROUP, LLC, MGB ) GLOBAL, LLC, and TYRONE "CAUZAE" ) MCCALL, ) ) Defendants. ) ) | ORDER |

THE MATTER is before the Court *sua sponte* as the status of this case. On November 4, 2009, the parties submitted a "Notice of Case Settlement Order." (Doc. No. 23). In that Notice, the parties represented that they had reached a settlement, but were waiting on the Commodity Futures Trading Commission to complete the recommendation process and to approve or disapprove the settlement. Plaintiff's counsel anticipated thirty to forty-five days to complete that process, and thus, represented that the settlement would be "finalized before the close of 2009." Although not within the body of the notice, Plaintiff's counsel, who filed the document, made a notation on the CM/ECF filing: "Agreement for entry of judgment or a stipulation of dismissal to be filed within 30 days or the court will dismiss the case with prejudice." (See Doc. No. 23 on Docket Sheet in CM/ECF).

This thirty-day window passed, as well as the forty-five day time period anticipated in the Notice and the "close of 2009." No dismissal has been filed by the parties. Therefore, because the parties have represented to the Court that a settlement has occurred, the Court DISMISSES this case

WITH PREJUDICE in accordance with the agreement of the parties expressed in the Notice and on the Docket Sheet. The Clerk is DIRECTED to CLOSE THE CASE.

Signed: January 5, 2010

Frank D. Whitney
United States District Judge