IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00445-W

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) MCCALL BUSINESS GROUP, LLC, MGB ) GLOBAL, LLC, and TYRONE "CAUZAE" ) MCCALL, ) ) Defendants. ) ) | ORDER |

THIS MATTER is before the Court *sua sponte* following the filing of Plaintiff's Motion for Reconsideration (Doc. No. 30). The Court hereby DIRECTS Defendant Tyrone McCall to file his response within thirty (30) days from the date of this Order, that is, no later than Monday, March 29, 2010. The Court will defer ruling on Plaintiff's motion until the Court has received a response from Defendant or the time for doing so has passed.

IT IS SO ORDERED.

Signed: February 26, 2010

Frank D. Whitney
United States District Judge