IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00445-W

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **MCCALL BUSINESS GROUP, LLC, MGB GLOBAL, LLC, and TYRONE "CAUZAE" MCCALL,** ) | |
| ) | |
| **Defendants.** ) | |

THE MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 30) of this Court's earlier Order closing the case. Defendant Tyrone McCall, who appears pro se, filed a Response in Opposition to this motion (Doc. No. 33). On March 31, 2010, the Court conducted a status conference via telephone with the Court, counsel for Plaintiff and the pro se individual Defendant. During that telephone conference, the parties indicated an agreement that this matter should be opened so that the Consent Judgment entered into between Plaintiff and the individual Defendant can be filed once Plaintiff approves the settlement among the parties. The Court has also reviewed Plaintiff's motion as it pertains to the two corporate Defendants and finds that reopening this matter is appropriate so that Plaintiff may pursue entry of default and default judgment.

Accordingly, Plaintiff's Motion shall be granted, and this case shall be reopened for the purposes of filing the Consent Judgment against the individual Defendant and filing the appropriate motions directed towards the corporate Defendants' failure to appear and respond to this lawsuit.

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. No. 30) shall be GRANTED. The CLERK shall REOPEN this case.

Signed: April 1, 2010

Frank D. Whitney
United States District Judge