# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Commodity Futures Trading Commission,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                            3:08-cv-445-FDW

McCall Business Group, LLC,
MGB Global, LLC, and
Tyrone "Cauzae" McCall,

       Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2010 Order.

                                                    Signed: April 23, 2010

                                                    Frank G. Johns, Clerk
                                                  United States District Court